1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE POKÉMON COMPANY INTERNATIONAL, INC.,

    Plaintiff,

v.

SPREADSHIRT, INC.,

    Defendant.

No. 2:15-cv-00832-TSZ

CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Western District of Washington Local Civil Rule 7.1, Plaintiff The Pokémon Company International, Inc. ("Pokémon") states that it is a corporation and a wholly-owned subsidiary of The Pokémon Company in Japan. Pokémon further states that no publicly held companies own 10% or more of Pokémon stock.

Respectfully submitted on May 28, 2015.

FOCAL PLLC

By: *s/ Venkat Balasubramani*
Venkat Balasubramani, WSBA #28269
*s/ Sean McChesney*
Sean M. McChesney, WSBA #36973
800 Fifth Avenue, Suite 4100
Seattle, WA 98136
Tel: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com

CERTIFICATE OF INTERESTED PARTIES – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

sean@focallaw.com

J. Michael Monahan II
ASTROLABE LLC
4728 North Kenmore Avenue
Chicago, Illinois 60640

Attorneys for Plaintiff,
THE POKÉMON COMPANY
INTERNATIONAL, INC.