HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPREADSHIRT, INC., <br><br> Defendant. | No. 2:15-cv-00832 TSZ <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT SPREADSHIRT, INC.'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT <br><br> **NOTE ON MOTION CALENDAR:** <br> **June 23, 2015** |

Defendant Spreadshirt, Inc. was served with the Complaint in the instant case on June 5, 2015, making a responsive pleading due June 25th.

The parties are engaged in settlement negotiations and Plaintiff has agreed to extend Defendant's time to respond up to and including July 9, 2015.

The parties request that the Court extend Defendant's deadline to answer or file a responsive pleading to July 9, 2015.

//

//

//

//

//

STIP. & PROP. ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-cv-00832 TSZ - 1

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

1  DATED this 23rd day of June, 2015.

2

3  SPREADSHIRT, INC.                           FOCAL PLLC

4  By:                                         By:

5

6   _s/ Gerrit Betz_____           *s/ Sean M. McChesney*
    Gerrit Betz                                 Sean M. McChesney, WSBA #36973
7   186 South St., 1st Fl                       800 Fifth Avenue, Suite 4100
    Boston, MA 02111                            Seattle, WA 98136
8   Tel: 617-933-2503 x2525                     Tel: (206) 617-3040
    Fax: 877-202-0251                           Fax: (206) 260-3966
9   gbe@spreadshirt.com                         sean@focallaw.com

10
    Legal Counsel Director                      Attorneys for Plaintiff,
11  Spreadshirt, Inc.                           THE POKÉMON COMPANY
                                                INTERNATIONAL, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. & PROP. ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-cv-00832 TSZ - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2015.

_____
Thomas S. Zilly
United States District Judge

STIP. & PROP. ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 2:15-cv-00832 TSZ - 3

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966